**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.: 1:25-cr-350** |
| **Plaintiff,** | |
| ~ vs ~ | **JUDGE J. PHILIP CALABRESE** |
| **GODWIN OBOT,** | **MOTION TO CONTINUE TRIAL** |
| **Defendant.** | |

The undersigned stand-by counsel hereby moves the Court to continue the trial currently scheduled in this matter for July 21, 2026. The reason for the request is that the undersigned stand-by counsel is scheduled to begin trial on July 20, 2026 in Lake County Court of Common Pleas Case No. 25-CR-1403, *State of Ohio v. Vance Triplett*. Due to an oversight by stand-by counsel, he did not realize he had this conflicting matter which, as of Monday, July 6, 2026, is fully expected to proceed to trial, meaning counsel will be engaged in trial prior to the commencement of trial in this case. Stand-by counsel therefore respectfully requests that the Court grant a continuance for as short a period as is necessary to accommodate the schedules of the Court and parties.

Respectfully submitted,

/s/ *Michael J. Goldberg*
Michael J. Goldberg (0040839)
Goldberg Dowell & Associates, LLC
323 Lakeside Avenue, Suite 450
Cleveland, OH 44113
Tel: 216-696-4514
Fax: 216-781-6242
Email: Goldberg@goldberg-lawfirm.com
*Stand-by Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 7, 2026, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Michael J. Goldberg*
Michael J. Goldberg (0040839)
*Stand-by Counsel for Defendant*