**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-cr-350 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| GODWIN OBOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>MINUTES AND ORDER</u>

On July 14, 2026, the Court held a Final Pretrial Conference as to Godwin Obot (1). Brett Hammond and Elizabeth Crook appeared for the United States. Godwin Obot appeared pro se. Craig Smotzer appeared as standby counsel. Mr. Obot reiterated his desire to proceed to trial pro se. Mr. Obot, counsel, and the Court discussed logistics for the upcoming trial, with voir dire set to begin at 8:30 a.m. on Tuesday, June 21, 2026, before Magistrate Judge Armstrong in Courtroom 16B. The parties consented to the Magistrate Judge conducting voir dire. Mr. Hammond advised the Court that he intends to provide discovery to newly appointed standby counsel shortly. Mr. Hammond also provided a flash drive to standby counsel to provide to Mr. Obot. The Court **DIRECTS** Mr. Smotzer to contact USMS to retrieve clothing for Mr. Obot to wear at trial.

**SO ORDERED.**

Dated:  July 14, 2026

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio